RUDOLPH DELGUIDICE, JR. v. DIVISION OF NEW
JERSEY RACING COMMISSION.

November 5, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. JERRY JEFFERSON MORGAN.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL DOYLE.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DWAYNE WILLIAMS.

November 7, 1984.

Petition for certification denied.